D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
LAWRENCE HAYES,                                                   :
                                                                  :   04 CV 2342 (ARR)
                              Plaintiff,                          :
                                                                  :   NOT FOR ELECTRONIC
              -against-                                           :   OR PRINT
                                                                  :   PUBLICATION
PAROLE OFFICER LISA BROWN and PAROLE                              :
OFFICER DENISE GRANUM,                                            :   OPINION AND ORDER
                                                                  :
                              Defendants.                         :
----------------------------------------------------------------- X

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated June 22, 2006 from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's action is dismissed without prejudice for failure to prosecute.

      SO ORDERED.

                                                      Allyne R. Ross
                                                      United States District Judge

Dated: July 13, 2006
       Brooklyn, New York

1

SERVICE LIST:

*Pro Se Plaintiff:*
Lawrence Hayes
2525 Linden Boulevard, Apt.# 5B
Brooklyn, NY 11208

Lawrence Hayes
The Gathering Place
2402 Atlantic Avenue
Brooklyn, NY 11233

*Counsel for Defendants:*
Brian J. Schmidt
New York State, Office of the Attorney General
120 Broadway
New York, NY 10271-0332

cc: Magistrate Lois Bloom