UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAWRENCE HAYES,

                            Plaintiff,

    -against-

PAROLE OFFICER LISA BROWN, and PAROLE
OFFICER DENISE GRANUM,

                            Defendants.
---------------------------------------------------------------X

JUDGMENT
04-CV- 2342 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 14, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated June 22, 2006, after a de novo review of the record; and dismissing the action without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that judgment is hereby entered dismissing the action without prejudice.

Dated: Brooklyn, New York
       July 14, 2006

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court